# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**EDWARD JONES**                                                                 **PLAINTIFF**

v.                             No. 2:21-cv-24-DPM

JESSE B. DAGGETT, Attorney;
AARON TRAYLOR, Traylor Farm Inc.;
WAYNE TRAYLOR; CLARENCE JONES,
Jones Farm Inc.; MICHAEL TRAYLOR                                  **DEFENDANTS**

## JUDGMENT

The complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2021